# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>EVESTER EDD<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8:25-mj-1670<br>)<br>)<br>)<br>) |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
11:39 am, Jun 30 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.D.____Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Between August 1, 2024 - November 27, 2024 in the county of Montgomery in the District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property- Over $1,000.00. |
| 18 U.S. Code § 1001(a) | Statements or entries generally. |
| 18 U.S. Code § 1343 | Fraud by wire, radio, or television. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Sparky Edwards*
Complainant's signature

Senior Special Agent Sparky Edwards, OIG-USPC
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 06/26/2025

*Judge's signature*

City and state: Greenbelt, Maryland    Honorable Timothy J. Sullivan Chief US Magistrate Judge
*Printed name and title*